## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MICHAEL DELLINGER**                                                                **PLAINTIFF**
**ADC #165989**

**V.**                 **NO. 4:22-cv-01200-LPR-ERE**

**BOBBY WALRAVEN,** *et al.*                                        **DEFENDANTS**

### ORDER

On November 28, 2022, Plaintiff Michael Dellinger, an inmate at the North Central Unit of the Arkansas Division of Correction, filed a complaint (*Doc. 2*) under 42 U.S.C. § 1983 alleging that he did not receive adequate medical treatment while he was housed at the Little River County Jail in Ashdown, Arkansas.

Mr. Dellinger's claims arose in Ashdown, Arkansas, and all Defendants are located in Ashdown, Arkansas, which is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Although Mr. Dellinger is now located in the Eastern District, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of

justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

Dated this 29th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE