IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL DELLINGER                                                                                           PLAINTIFF

v.                                            Case No. 4:22-cv-4115

SHERIFF BOBBY WALRAVEN, *et al*.                                                                    DEFENDANTS

### ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. After screening the 42 U.S.C. § 1983 claims in Plaintiff's Complaints[1] (ECF Nos. 2 and 9), Judge Bryant recommends that Plaintiff's individual capacity claims against Defendant Elkins and Defendant Butler be allowed to proceed. Judge Bryant further recommends that all of Plaintiff's remaining claims be dismissed without prejudice for failure to state a claim. Lastly, Judge Bryant recommends that Plaintiff's request for injunctive and declaratory relief (ECF No. 2, p. 5) be denied as moot. Plaintiff's response stated that he has no objections to Judge Bryant's recommendation. ECF No. 20. Accordingly, the Court reviews the instant Report and Recommendation for clear error. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed de novo).

Upon review, finding no clear error from the face of the record and that Judge Bryant's conclusion is sound, the Court adopts the instant Report and Recommendation (ECF No. 18) *in toto*. Plaintiff's individual capacity claims against Defendant Elkins and Defendant Butler may proceed. All other claims are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's request for injunctive and declaratory relief is hereby **MOOT**.

**IT IS SO ORDERED**, this 9th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Judge Bryant construed Plaintiff's pro se Complaint (ECF No. 2) and pro se Amended Complaint (ECF No. 9) together, as is permissible. *See Kirr v. North Dakota Public Health*, 651 F. App'x 567, 568 (8th Cir. 2016).